# Order

Michigan Supreme Court
Lansing, Michigan

May 11, 2012

144354

ROBERT J. SMITTER,
      Plaintiff-Appellee,

v

THORNAPPLE TOWNSHIP OF BARRY
COUNTY and MICHIGAN MUNICIPAL
LEAGUE WORKERS COMPENSATION
FUND,
      Defendants-Appellees,
and

SECOND INJURY FUND,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144354
COA: 294768
WCAC: 09-000037

On order of the Court, the application for leave to appeal the November 22, 2011 judgment of the Court of Appeals is considered, and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2012

_____
Clerk

t0508